AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
ADAM RYAN OBEST

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-00125
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/9/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      **ADAM RYAN OBEST**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. §§ 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon;
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  06/09/2023            *M.U. Upadh* (signature)       Moxila A. Upadhyaya
                                                             2023.06.09 13:01:38
                                                             -04'00'
                                        *Issuing officer's signature*

City and state:   Washington, D.C.
                                        Moxila A. Upadhyaya, U.S. Magistrate Judge
                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 6/9/23, and the person was arrested on *(date)* 6/13/23
at *(city and state)* Windsor Mill, MD

Date: 6/13/23                  *Joseph Penzi* (signature)
                               *Arresting officer's signature*

                               Joseph Penzi, Special Agent FBI
                               *Printed name and title*