UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| v.   : | Case No. 1:23-cr-00267 (APM) |
| : | |
| Adam Obest,   : | |
| *Defendant*.   : | |

**DEFENDANT ADAM OBEST'S UNOPPOSED
MOTION TO TEMPORARILY MODIFY A CONDITION OF RELEASE**

COMES NOW the Defendant, Adam Obest, through counsel, and respectfully moves this Court to temporarily modify a condition of his release to permit Mr. Obest and his family to travel to Orlando, Florida between June 12, 2024, and June 21, 2024.  In support of this Motion, Mr. Obest states the following:

**Background and Argument**

The Government charged Mr. Obest, by Criminal Complaint, based on allegations related January 6, 2021.  The Criminal Complaint alleges violations of Civil Disorder (18 U.S.C. § 231(a)(3)), Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (18 U.S.C. §§ 111(a)(1) and (b)); Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and Engaging in Physical Violence in a Restricted Building or Grounds (18 U.S.C. §§ 1752(a)(1), (2), and (4) and (b)(1)(A)); and Acts of Physical Violence in the Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(2)(F). (ECF No. 1.)

Following his initial appearance, the Court ordered Conditions of Release.  (ECF No. 7.)  Relevant to this Request, paragraph 7(f) permits the Defendant to request permission directly from pretrial services to travel outside of the District of Maryland.  Paragraph 7(p)(i) imposes a curfew on Mr. Obest, restricting him to his residence from 10:00pm to 6:00am every day.

Upon Defendant's Motion, the Court subsequently modified the start of the curfew to 11:00pm each day. (ECF No. 21.)

Mr. Obest and his wife are trying to plan a family vacation to Orlando, Florida between June 12, 2024, and June 21, 2024. The logistics of the family vacation are as follows:

- Mr. Obest and his family would depart on June 12, 2024, and stay overnight at Staybridge Suites Florence located at 150 Westpark Drive, Florence, South Carolina 29501.
- Mr. Obest would arrive in Orlando, Florida on June 13, 2024, and stay overnight at Orange Lake Resort located at 8505 West Irlo Bronson Memorial Highway, Orlando, Florida 34747, from June 13, 2024, to June 20, 2024.
- Mr. Obest would begin travel back to Maryland on June 20, 2024, and stay overnight again at Staybridge Suites Florence located at 150 Westpark Drive, Florence, South Carolina 29501.
- Mr. Obest would arrive back in Maryland on June 21, 2024.
  While pretrial services can grant permission for Mr. Obest to travel to Florida, he would still be required to return to his home in Maryland prior to the curfew—which makes the vacation logistically and practically untenable.

Mr. Obest respectfully requests that the Court temporarily modify the Conditions of this Release to permit him to travel to Orlando, Florida with his family during these dates and temporarily move his curfew to the Staybridge Suites Florence located at 150 Westpark Drive, Florence, South Carolina 29501, and the Orange Lake Resort located at 8505 West Irlo Bronson Memorial Highway, Orlando, FL 34747, from the evenings of June 12, 2024, through June 20, 2024, between 11:00pm and 6:00am. All other conditions of his release would remain the same.

Granting this temporary modification would not jeopardize Mr. Obest's release, nor would it affect his upcoming trial date.

The Government does not object to this request.

### Conclusion

For the foregoing reasons, Defendant respectfully requests that this Court grant this unopposed motion to modify his release conditions to permit him to travel to and from Orlando, Florida between June 12, 2024, and June 20, 2024.

Date: May 7, 2024　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　Adam Obest
　　　　　　　　　　　　　　　　　　　　　　　　　By Counsel

/s/ *Samuel C. Moore*
Samuel C. Moore
Moore, Christoff & Siddiqui, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
Phone: (703) 535-7809
Fax: (571) 223-5234
scmoore@moorechristoff.com
*Counsel for Adam Obest*


### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion to Modify Conditions of Release was served upon counsel of record through ECF on the date of filing.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Samuel C. Moore*
　　　　　　　　　　　　　　　　　　　　　　Samuel C. Moore
　　　　　　　　　　　　　　　　　　　　　　Moore, Christoff & Siddiqui, PLLC
　　　　　　　　　　　　　　　　　　　　　　526 King Street, Suite 506
　　　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　　　Phone: (703) 535-7809
　　　　　　　　　　　　　　　　　　　　　　Fax: (571) 223-5234
　　　　　　　　　　　　　　　　　　　　　　scmoore@moorechristoff.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Adam Obest*