# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00267 (APM) |
| | : | |
| Adam Obest, | : | |
| *Defendant*. | : | |

## ORDER

This matter having come before the Court on Defendant Adam Obest's Unopposed Motion to Modify a Condition of Release and for the reasons shown, it is therefore,

ORDERED that the Motion is GRANTED, and the Court's Orders Setting Conditions of Release (ECF No. 7 and ECF No. 21) are hereby temporarily modified to (i) permit Mr. Obest to travel to and from Orlando, Florida between June 12, 2024, and June 21, 2024, and (ii) that his curfew be modified so that he is required to remain in his hotels at the Staybridge Suites Florence located at 150 Westpark Drive, Florence, SC 29501 and the Orange Lake Resort located at 8505 West Irlo Bronson Memorial Highway, Orlando, FL 34747, between 11:00pm and 6:00am on the evenings of June 12, 2024 through June 20, 2024.  All other terms of the Conditions of Release shall remain the same.

_____
Amit P. Mehta
United States District Court Judge