UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : Case No. 1:23-cr-00267 (APM) |
| | : |
| Adam Obest, | : |
| *Defendant*. | : |

**DEFENDANT'S OPPOSITION TO GOVERNMENT'S OMNIBUS
MOTION IN LIMINE TO PRECLUDE CERTAIN ARGUMENTS AND EVIDENCE**

COMES NOW the Defendant, Adam Obest, through counsel, and respectfully opposes the Government's Omnibus Motion in Limine to Preclude Certain Arguments and Evidence. [ECF 36.] Because the Government's Motion is overbroad and, in places, irrelevant, the Government's Motion should be denied.

**Relevant Background**

Mr. Obest faces an eight-count indictment, based on allegations related to his actions on January 6, 2021. [ECF 16.] The counts generally include Civil Disorder (18 U.S.C. § 231(a)(3)); Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (18 U.S.C. §§ 111(a)(1) and (b)); Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds (18 U.S.C. §§ 1752(a)(1), (2), and (4) and (b)(1)(A)); and Acts of Physical Violence in the Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(2)(F)).

Prior to January 6, 2021, Capitol Police approved a "One Nation Under God" demonstration for outside of the Capitol during the day of January 6, 2021. Various members of Congress and other individuals were scheduled to attend this demonstration, exercising their

First Amendment right to free speech and peaceful protest. Neither disobedience nor violence was planned or expected.

During the early afternoon of January 6, 2021, Mr. Obest attempted to make his way to the planned demonstration area near the Capitol Building. While moving toward this planned area, he encountered members of law enforcement. The charged allegations relate to about a total of 10 minutes of activity, outside of the Capitol Building, while Mr. Obest interacted with law enforcement and other members of the crowd.

Mr. Obest is charged with, among other things, using and carrying a "deadly and dangerous weapon" against law enforcement. The alleged weapon was an American Flag that he was holding that day. This conduct was also charged as "in a restricted building and grounds."

## Argument

The Government's Motion in Limine seeks to preclude the following at trial:

1. Testimony about specific United States Secret Service tactics and operations;
2. Evidence about the exact positions of United State Capitol Police cameras;
3. Argument or evidence about "entrapment by estoppel" or "public authority" defenses;
4. Argument or evidence that alleged inaction by law enforcement on January 6, 2021 made the defendant's conduct legal; and
5. Argument or evidence that the defendant was acting in self-defense or in defense of others;
6. Argument or evidence that the defendant's conduct was permitted by the First Amendment.

Mr. Obest does not plan to make arguments or elicit testimony regarding items number 1-4 in the Government's Motion.

Regarding items 5-6, Mr. Obest does not anticipate relying on a defense of self-defense or First Amendment privilege as an affirmative defense to any charge. Meaning, the defense will not argue that self-defense or the First Amendment excuses what would otherwise be

intentional criminal conduct. But concepts related to self-defense and First Amendment protections are necessarily relevant to the charged conduct.

Mr. Obest's intent is a central issue related to many of the counts, particularly as it relates to Mr. Obest's use of the flag that he was carrying and whether it amounted to a "deadly and dangerous weapon." His knowledge, understanding, and intent are also relevant as it relates to the Government's burden of proving that Mr. Obest was in a "restricted building or grounds" at the time of the alleged offenses. Therefore, the Defense does plan to elicit testimony and present evidence regarding Mr. Obest's presence near the Capitol Building on January 6, 2021, why he was there, what he was intending to do, and what his mental state was at the time he engaged with law enforcement.

These concepts will implicate concepts related to self-defense and First Amendment protections. For example, the Defense intends to elicit testimony and evidence regarding the approved demonstration scheduled for January 6, 2021, that Mr. Obest was planning to attend, and that his intent was simply to engage in First Amendment protected speech and peaceful protest. The Government's Motion is so broadly written that even those facts would not be permitted.

Moreover, this is a bench trial, and the Parties understand the Rules of Evidence. The Court can rule on any evidentiary objection at the time it is raised in trial. There is no basis or necessity to preventatively preclude this relevant and admissible evidence.

### Conclusion

Because the Government's Motion is both moot in part and too broad in part, the Defense respectfully requests that the Court deny the Government's Motion in Limine.

Date: July 1, 2024                                            Respectfully submitted,

                                                       Adam Obest
                                                       By Counsel

/s/ *Samuel C. Moore*
Samuel C. Moore
Law Office of Moore, Christoff & Siddiqui, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
Phone: (703) 535-7809
Fax: (571) 223-5234
scmoore@moorechristoff.com
*Counsel for Adam Obest*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Opposition to the Government's Omnibus Motion in Limine to Preclude Certain Arguments and Evidence was served upon counsel of record through ECF on the date of filing.

                                        /s/ *Samuel C. Moore*
                                          Samuel C. Moore
                                          Law Office of Moore, Christoff & Siddiqui, PLLC
                                          526 King Street, Suite 506
                                          Alexandria, Virginia 22314
                                          Phone: (703) 535-7809
                                          Fax: (571) 223-5234
                                          scmoore@moorechristoff.com
                                          *Counsel for Adam Obest*