UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-CR-00267 (APM) |
| | : | |
| **ADAM OBEST,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S OPPOSITION TO GOVERNMENT'S OMNIBUS MOTION IN LIMINE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to Defendant Adam Obest's Opposition to the Government's Omnibus Motion in Limine to Preclude Certain Arguments and Evidence ("Opposition"). ECF No. 37. As stated in the defendant's Opposition, because the defendant does not plan to introduce evidence or argument relevant to four out of six of the topics outlined in the Government's Omnibus Motion in Limine to Preclude Certain Arguments and Evidence ("Motion"), the government requests that the Court grant the Motion as unopposed with respect to those topics.

Further, upon information and belief, there is no current dispute with respect to the other two topics in the government's Motion, seeking to preclude argument or evidence that: 1) the defendant was acting in self-defense or defense of others; and 2) his conduct was permitted by the First Amendment. The government does not seek to preclude evidence relevant to all "concepts related to self-defense and First Amendment protections" at this time. ECF No. 37 at 3. And the government agrees with the defense that evidence relevant to the defendant's intent, knowledge, and understanding on or before January 6, 2021, as well as evidence relevant to what the defendant saw, heard, or otherwise perceived on January 6, need not be precluded pretrial pursuant to the

1

government's Motion. With this understanding as to the agreed-upon parameters, the government requests that the Court preclude the defendant from arguing that the defendant acted in self-defense or defense of another, and that the defendant's actions on January 6, 2021 were protected by the First Amendment.

<div style="margin-left: 50%;">

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*/s/ Sonia Murphy*
SONIA MURPHY
Assistant United States Attorney
District of Columbia Bar No. 483072
601 D Street NW
Washington, D.C. 20530
(202) 305-3067
Sonia.murphy@usdoj.gov

*/s/ Rachel Freeh*
RACHEL FREEH
Assistant United States Attorney
District of Columbia Bar No. 1736082
601 D Street NW
Washington, D.C. 20530
(202) 252-7749
Rachel.freeh@usdoj.gov

</div>