EXHIBIT 1

Your Honor:

My name is John Hadley. I am  69 years old. I have known Adam Obest for the past 15 years (or longer) in the capacity of teacher, mentor, and fellow church member.

Adam is outgoing, good humored, communicative, intelligent, principled, and hard working. I would also characterize Adam as friendly, and kind-hearted. The old adage, "A friend in need is a friend in deed" comes to mind when I think of Adam in his relationships with others. He is there when you need him, regardless of the inconvenience it might cause him. These character traits shine brightly in his life.

I have prayed with Adam regarding the seriousness of his situation. He knows the possibility of being confined. If Adam is to be confined, I would continue to communicate with him as well as check with his wife regarding her situation as head of household and mother.

As I write this letter, I also recall how Adam served his country. I saw him one evening and we chatted about life in the military. I believe he was stationed in Egypt at the time. I know it was challenging to be there, when he could be living the "good life" back home. Nevertheless, he served his country and counted it an honor to do so.


John Hadley

1308 Stockton Rd.

Joppa, MD 21085

jhadley89@gmail.com

443.515.2678

# EXHIBIT 2

Cara Draper
704 East Main St.
Thurmont MD 21788
cara062782@gmail.com
October 9, 2024

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Your Honor,

I hope this letter finds you well. My name is Cara Draper, and I am writing to you to provide insight into the character of Adam Obest, who is currently facing sentencing in your court.

I met Adam just over a year ago when a storm severely damaged my home. As a single mother without family support, I was overwhelmed by the challenges of dealing with the damage and the difficulties I faced in securing assistance. Many companies, including my insurance provider, took advantage of my situation, leaving me feeling helpless and stressed.

One day, as fate would have it, I crossed paths with Adam. He lived nearby and, without any obligation or expectation, offered his help. Adam assisted me through the entire process of dealing with the damage to my home, providing me with guidance and support that relieved an immense amount of stress and saved me considerable money.

Since that initial encounter, I have had the privilege of getting to know Adam's wife and children. We have become great friends and neighbors. Adam has not only supported me but has also been a positive influence in my son's life, helping him through challenging times.

I am fully aware of the gravity of the situation Adam is in, and while I cannot speak to his past, I can attest to the kind and selfless person he has been since we met. He regularly checks in on me and my child, offering encouragement and reminding us to be grateful even during tough times. He has also introduced us to the teachings of Jesus Christ, which has further enriched our lives.

Adam's character, especially in light of the hardships he faces, speaks volumes about his strength and compassion. I genuinely believe that he has the potential for positive change and to be a contributing member of our community.

Thank you for considering my perspective on Adam's character as you make your decision. I truly appreciate your time and understanding.

Sincerely,

Cara Draper

# EXHIBIT 3

October 18, 2024

Honorable Judge Amit P. Mehta United States
District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

*Re: Adam Obest's Sentencing*

Your Honor:

 I have known Adam Obest, all of his life. That is
43 years. He is my late sister, Deborah's, younger
son. Therefore, I am his uncle.

Adam has worked for the Federal Government for
11+ years and been a career National Guardsman
for 20+ years. He has been deployed overseas in
service to the United States.

I am aware of the allegations against Adam, and
the offenses for which he has been convicted.

On the positive side of life, Adam has been a dedicated civil servant, NCO in the Guard. Has served overseas, in support of US initiatives. He has been a viable contributor to the business of the U.S. Government, as a civilian employee.

Adam has a total of six (6) children and any incarceration would be a punishment to those innocents.

Additionally, he often looks after his older brother, who has had intermittent drug related issues.

Please consider this when deciding on any sentencing.

Respectfully yours,

*Richard A. Goldschmidt*

R. A. Goldschmidt
Jamison, PA

CAPT.       INF
USAR      (Ret)

# EXHIBIT 4

Date: October 16, 2024

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    *Re: Adam Obest's Sentencing*

Your Honor:

My name is Robert Smith. I have known Adam Obest for over 25 years. We attended the same High School in Williamstown, New Jersey, in the late 90s. I did not know Adam well in High School as I had just moved to the area; however, into our adult lives, he has become a close and trusted friend. When we were in School together, Adam was a Christian and I do recall him speaking with me in the hallway about his faith. At that time, I was not yet a Christian and didn't have much in common with him. When I was 19, I moved out of State for a couple years, at which time, I did find faith in God and become a Christian. Approximately 2002, I move back into the area of South Jersey and attended a young adult Church group and found that Adam was there. We then connected and subsequently became close friends. We worked together for a couple years, attended church groups, attended ministry events together and often spent time in each other's company. Adam eventually moved out of State and had military deployments, we had children and families and the time that we spent together grew less, but I am certain that after these many years, I know the person that Adam truly is. I know him to be an honest, caring, loyal, man that walks with integrity and bases his life and daily conduct on his faith in God.

Over the years, there have been many times that I have witnessed Adam selflessly help others and go out of his way to do what he believed was the right thing to do for other people. One person often comes to mind for me because from time to time, I have seen him walking the streets of Williamstown, New Jersey. This person is named Michael Luciano. This man had been in the area for many years, and he has at times been homeless, other times living hotels on Government assistance, and moving from place to place. He is often seen pushing a shopping cart with all his belongings inside. He seems to have some psychological challenges and overall is just the type of person that most people would avoid. Years ago, I noticed that Adam was doing things to help Micheal like giving him rides to the store and helping him with groceries and other various needs. I asked Adam why it was that he was doing that, and his response was that it was what God wanted him to do for others. During this time, I realized that Adam wasn't just the go to Church on Sunday and live a different way the rest of the week kind of man. Adam lived his faith and put others before himself. This has been a constant pattern in his life and that is the person I know him to be.

Adam also served his country and loved being part of the Military since his commitment as early as High School. He has always been a patriot and always displayed deep love and respect for his Country. I understand Adam has come into some trouble and I can say with absolute certainty that these developments do not fit his character, and I don't believe he ever intended for anything like this to transpire. I do believe he has learned from this experience and everything that has happened to date has been life changing for him. I do not believe that additional confinement would be a beneficial solution. Adam is an amazing father and has done everything in his power to be in and stay in his children's lives. His family needs him home with them and he needs to be there to spend time putting this long experience in the past. Thank you very much for taking the time to consider this letter

                      Respectfully yours,
                      Robert W. Smith
                      856-842-6170

                      *Robert W Smith*

EXHIBIT 5

Monday, October 21, 2024

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

   *Re: Adam Obest's Sentencing*

Your Honor:

I am writing you today as a dedicated volunteer with youth sports in Frederick County, Maryland and across the state.  I am the Umpire-In-Chief at Thurmont Little League, Secretary for Maryland District 2 Little League, Secretary of the Maryland State Umpire Association, and Web Administrator for Maryland State Little League.  I am a well-established umpire with Little League International and have served this organization as a volunteer for over 20 years.  I have also volunteered with youth football and other religious and community organizations in the Thurmont, Maryland area.  I am employed by The U.S. Army Counterintelligence Command at Fort Meade, MD.

I have known Adam Obest and his family for the past three years.  While his children have played various youth sports in Thurmont, it was through Little League Baseball that I came to know them.  I quickly recognized that they not only attended games and practices for their team, but they also appeared at our complex for volunteer needs and pre/post season field preparation days.  I was keenly aware of how much time they afforded us in concessions, cleaning out sheds, picking up debris, and dressing the fields.  It was through these observations that I decided to approach Adam about umpiring games with me and eventually on his own.

Umpiring, especially as a volunteer, is a duty which requires a great command of one's patience, professionalism, and dignity.  I gained great respect for Adam as he participated as an umpire with us and as I got to know him even better.  His eagerness to understand desired mechanics of umpiring and the rules of the game gives me great hope for his long-term participation with us, as well as for his family's continued participation in the league.  I suspect that much of his determination was instilled in him during his service to our country in the U.S. Army.  I am also familiar with Adam's volunteer activities with his children's participation in the CYA youth football program in our area.

I was saddened to learn of Adam's troubles surrounding his participation in activities in our Nation's Capital.  While some of Adam's volunteer associations have elected to err on a side of caution in requesting him to step aside, I chose to process Adam's annual background checks for Little League Baseball.  With his successful background check I was able to keep offering umpire assignments to keep him "in the game".  I can assure you that keeping Adam active as an umpire has little to do with our shortage of umpires, but instead it is due to the abilities and qualities that I recognize in him.

It is my intention to continue my friendship with Adam and his family, while keeping him involved in Little League and strengthening our bond of friendship. I have gained many lifelong friends through my involvement with Little League and I hope to share that experience as Adam continues to grow with us.

I would be remiss if I did not acknowledge my observations of Adam as a Dad. I have witnessed Adam encouraging good sportsmanship and team behavior in his children and in others. I also witnessed his children obeying their parents in such a way that demonstrates their attentiveness and love. As they attended opening and closing activities at our fields, the children responded very well when Adam directed them on certain tasks.

I know Adam to be a very patriotic American, as am I. I am one of those umpires who insist the Pledge of Allegiance, or our National Anthem, before every game. While many parents and volunteers give me positive feedback on this practice, Adam has made it a point to thank me and note that he recognized it as an honor to our country, while most simply tell me how good it makes them feel.

It is my fervent opinion that Adam has much to offer our community. I intend to continue my friendship and support to Adam and his family as they get through the final phases of this sad moment. His confinement, and/or restriction from participation, would be a detriment to our community and to the volunteer umpire cadre that I have been attempting to build. Additionally, his absence as a volunteer would be one less example for others to recognize in considering their own participation in youth sports and activities where volunteerism is down in every community.

I know that many, including Adam, have become more aware of how emotional events can become when our ideals appear to be at risk. I am confident that Adam knows the boundaries of conduct and how to express himself on and off the field. I am also confident that Adam recognizes how important it will be to his family's future that he continues to set good examples for his children and participate in activities that will enhance the family life that is so important to him.

I am honored to be a friend to Adam!


Respectfully yours,

Blaine E. Young Jr.

# EXHIBIT 6

October 23, 2024

Honorable Judge Amit P. Mehta United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

*Re: Adam Obest's Sentencing*

Your Honor:

Adam and his brother come from an abusive home at the hands of their father. Their father Jim Obest, was adopted by a family who wanted a son to replace their only child who was killed at the age of 5 by a hit-and-run driver. Adam's father Jim had many mental issues, and he was physically abusive to my sister Debbie whom their sons witnessed as toddlers. Debbie became the sole provider for her two sons. She put herself through college while her sons were toddlers to become an RN nurse. She worked for the State of New Jersey as a supervisor in Ancora, a State Hospital, mostly working double shifts to be financially able to take care of them. The stress of her job and life had its toll on her children and on my sister Debbie who died at a young age from cancer that left a void in her son's lives.

Her one son Jimmy turned to drugs which has left him with many mental issues. Her other son Adam turned to God and his country. He joined the National Guard while still in high school and was very much influenced by the concept of protecting his country and flag. He has been deployed several times to the Middle East. His experiences in serving his country in the National Guard and deployment had a deep impact on him.

Adam is a person who believes in God, family, and country. There is no excuse for his temporary lack of judgment on June 6th.  After years of military service, he reacted to the situation with the mindset of protecting the flag that represented all that was dear to him, his country, and his family.

Adam deserves some type of retribution for his behavior. Hopefully, he can pay his debt to society while continuing to be responsible for the care of his family. Adam has become the sole provider and caretaker for his brother and his six children. They will pay the most for his lack of judgment.

As a teacher of 25 years, I have seen students who deep down have so much potential when given the chance. I hope you will consider that Adam was caught up in the energy of that day. He intended to protect the values that were instilled upon him from a young age by his mother who was a civil servant to the State, and the military that trained him to serve and protect his country and flag.

Sincerely,


Rosalyn Gill
High School Teacher
NJSIAA Sports Official

# EXHIBIT 7

To the Honorable Judge Amit P Mehta,


My name is Richard Testo. I am a 61-year-old retired Physical Therapist. I have been attending Greater Grace Church of Frederick, MD since the spring of 2022. I have known Adam Obest since then. I have observed Adam and his wife Anastasia caring for each other, serving as Sunday school teachers, encouraging others to live faithfully in Christ. Adam demonstrates his love as a father of 6 children. Even when he lost his job with the government, Adam was able to acquire employment that more than adequately provides for his family. I have visited Adam at his home. He has a beautiful home in Thurmont, MD and keeps it well. He provides a good environment for his family to thrive in. Adam also participates in a small men's ministry in which he often provides for some that need financial assistance to participate.

I have had discussions with Adam concerning his participation in the activities at the Capital area on January 6th. I attended a few of his hearings and understand the seriousness of the charges against him. I have heard him acknowledge that he regrets the level of participation he had in that day, wishing he had not returned to the steps close to the officers and that he wished that he just brought his wife home.

I live 30 minutes away from Adam and would be willing to assist his wife and children as they need. My hope is that Adam will find extended mercy from the court. That at most Adam would continue to have a monitoring bracelet, with occasional parole visits. I hope that Adam would not be confined to prison away from his family. A family that needs his emotional, physical and financial support. His wife is a very supportive spouse, that is an immigrant with a son that Adam has taken in as his own. Most of his children are school aged and need their father at home to help develop them as good citizens. Removing Adam from his family would be a great hardship for them and I believe it would have a great detriment to their social development.


Richard Testo.

(240) 372-7127

106 Walden Way

Mt. Airy, Md 21771

EXHIBIT 8

P. Adam Speedy
14521 Urbanosky Ln
Plantersville, TX 77363

October 28th, 2024

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

*Re: Adam Obest's Sentencing*

Your Honor:

Adam and I were in Bible College together 21 years ago. We've been close ever since. He was in the next door dormitory. I graduated and served in Africa, doing mission work. Adam served his country overseas, in the Army. Once he returned from Army, each year when I returned, he would make a great effort to reconnect.

Adam did something very special for me and my family 17 years ago. One day when my first born son was a few weeks old, I was on a ladder on the side of a building, around the 3rd floor level, on a slanted bank. I remember the ladder begin to shift and realized I was going to fall, so I attempted to soften the landing as best I could, and saved breaking my legs. Thankfully I was not paralyzed, but because of the height, I ended up breaking my sacrum which connects the back to the hips, tailbone etc. In one second I could not lift myself up 1 inch off a bed. I was pinned horizontal for weeks. It would take months to recover.

Adam called me and  knew I had no adequate place to convalesce (as I was based overseas), so he did not hesitate to offer my family and I a place in his home, despite having a full house himself! We ended up being a guest for 6 weeks. For some, these close quarter circumstances could strain a friendship, but for us it strengthened it.

I have watched Adam for more than 2 decades, sacrificing for others. I have witnessed him go into dangerous neighborhoods in Baltimore inner city, to literally care for strangers, who were homeless, for years on end. He just has a heart for people in dire circumstances, unlike any I know. I've also seen him jump at the opportunity to go into the slums of Mumbai, India with a friend and do the give the same, self-sacrificial service to those in need overseas.

Then I saw him go into those same neighborhoods in Baltimore, searching for his estranged mentally ill brother, who had fallen into certain addictions. Adam found him, rescued him, and brought him out. This is the Adam I know.

I've seen him with his 6 kids, and with his step-son, with absolute dedication, to the extreme. He's got a heart for his kids beyond what I've seen in many fathers. He's very tendered and loving, to his wife, to his kids, to his friends, and he's warm and sacrificing for total strangers.

He's the kind of neighbor that would drop everything at a moment's notice, sacrifice for your need without thinking, no matter how different you might be from him outwardly. I've never once heard him speak a negative word about an acquaintance.

I struggle to recognize or balance the place he's in right now, and a once off bad decision or misjudgment, with the consistent character I've witnessed for 21 years. I don't want to mischaracterize him and put him on a pedestal. But I think others who don't personally know his character might misunderstand and mischaracterize him. You see, Adam is solid, he's sincere, he's honest, he's simple, he's truthful, trustworthy, is a people person, and has a heart for people. But he also has a tremendous love for and honor for the flag, as he used to place it on the caskets of fallen service members. He's highly respectful towards authority, and especially of law enforcement. But he's strong. I don't know if it's his life before we met, maybe losing his parents, or if it was his time in the Army. And I can see it might be possible to misunderstand that as some sort of anti-authority, which couldn't be further from the truth. The reality is, despite that strength, he's a humble guy.

As with every mistake or error in judgement, I've seen Adam grow, and emerge more broken, more humble, and more able to relate to and serve others with gentleness. I've seen this process work out through this experience as well. He is not bitter, not rebellious, not resentful. I would say he is changed. This trial has strangely had a positive effect on his character development.

With all this in mind, I do not see how incarnating him, as the breadwinner, leaving his wife and kids destitute, would serve justice or have any further positive effect on him or his community whatsoever. I definitely request the mercy of the court, to tailor an appropriate sentence in light of the fuller picture of his character, service, family, circumstance, and role he plays in his community.

Respectfully yours,

P. Adam Speedy
14521 Urbanosky Ln
Plantersville, TX 77363

# EXHIBIT 9



https://yusunbeckisanasp.blogspot.com/

Yusun Y. Beck
929 Thompson Way
Virginia Beach, VA 23464
yusun.beck@gmail.com
Tel: (757)681-9107
Auxiliary: (919)429-0683

October 31, 2024
Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

  *Re: Adam Obest's Sentencing*

Your Honor:

  I have known Adam since my Junior year of high school around about 1997 as a new student to Williamstown, NJ 08094, as a wrestling competitor, a friend, a veteran, a person who has walked with Christ, a family man, a political person, and the list could go on.  He is like a brother, and we sometimes agree, or disagree, but we have remained brothers chosen for years. As you look at my letter, you should see that I am involved in the community, but I have been very sick, and left teaching to heal.  During this time, even though Adam has been facing prison time, we prayed intermittently and talked about family issues, healing, his circumstances to which I prompted him to talk about because he is my friend and brother.  I mentioned wrestling because he was competing to be the best, and we were neck and neck.  In our senior math class, he wanted to do what was right and worked to be number one.  We both challenged each other to go for the top places.  Our relationship eventually led to a place where he wondered where I went on Friday nights during senior high school.  Upon driving me to a place with snacks, music, and friendly high schoolers to young adults, he learned I was attending a dynamic youth group filled with people who thirst to serve God, study the Bible, and help each other grow to be young adults who cared about others.  We both went to a Bible study which was called Bridge, and it kept Adam away from the things most other people did in high school during the teenage years. He strived to keep his life with Christ and do right.  None of us were perfect, but this was a point in his life that helped him grow.  I would say God was working in his life, but for the atheist to understand, we were doing positive things that led to a positive outcome.  We both joined different services, so our paths were different; however, we had agreements and disagreements. Then came Trump!

  This insight is very important for sentencing: He and I never saw eye-to-eye, but in our conversation the way I understood it, he said, that he "would never make this mistake again" as if it was a lesson learned.  It was more of a, "I made a mistake being there, and I would not even be there."  He served his nation more than most citizens would have.  I told him I did not want to be in a conversation about it because I didn't agree with what Trump was doing prior to anything having to do with January 6th because I was telling him that I didn't agree with the path Trump was going.  We often had sharp disagreements about things which is what makes us have a good

https://yusunbeckisanasp.blogspot.com/

friendship.  I don't think Trump is following a Christian path, and don't like how Trump treats his wife.  Adam and I often had political discussions, and he truly was intentionally there to talk about his rights as a citizen which we fought for.  I don't know what actually transpired at the event itself because the news had a lot of spins; however, the best lesson learned was that Adam said he would not be there in the first place.  Tons of people went to Woodstock and many other places that may have been viewed differently these days.  I would not even go to Woodstock.  Now, my experience is very different from Adam's so I veer away from everything that is different, as a mixed black man in America, that may look iffy or troublesome.  If I had known about it before, maybe I would have said something, but I knew about it law enforcement got involved.  We talked, and he said he would not do it again from my understanding of his conversation.  It may cause more damage to confine someone who has learned from this.  In my opinion, the leader should be confined for his actions and not the people who followed him in this case.

Respectfully yours,

Yusun Y. Beck

*Published Author, Scholar, & Philosopher (A.S.P.)—Mentor—Content Creator-- Teacher and Educator- Postgraduate Professional Elementary PreK-6, Health & PE PreK-12 Licensed VA (6/30/2031) Masters\*\*\**

EXHIBIT 10

November 1, 2024

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

*Re: Adam Obest's Sentencing*

Your Honor:

I have known Adam for about a decade.  He's a good friend I met at my church.  He has always been a loyal and loving friend that is willing to help in any way he can.  He served honorably in the US Army and has a great love for our country and the freedom we all enjoy.  He is trained, along with all our military, to protect and serve our country to the best of his ability.

I support him at this time while he sorts out the charges brought against him.  I appreciate the honest and fair treatment he has been shown thus far.  I am also willing to help him as he moves forward in resolving these issues.

As far as Adam's character is involved, I offer my personal observations.  Adam is a trained soldier who has been taught to run toward, not away from danger.  He's the kind of guy that will jump in front of a moving vehicle if he thinks it would save your life.  And that would include anyone.  Not just family or friends.  He will show up to help you move from your old house to a new one.  He will help you work on your car.
Folks in the community know him because he's friendly.  That's the kind of guy he is.

In my humble opinion, he should not receive any jail time.  He is a hard working man with 6 kids and a mortgage to pay.  He is a blessing to his community.  He's a great example of what an American can be with hard work and commitment to honest living.

Respectfully,

Charles Harlan

EXHIBIT 11

Tuesday, October 29th

Dear Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 2001

Your Honor:

Adam has been my friend for almost four years and I believe he is a man of integrity and incredible character. He has a wife, his own kids, her kids, and they all love and respect him. The evidenced to me of Adam's character is the family he has created and how his children have turned into young men and women who clearly have a father who loves them and is full of wisdom.

Adam has also given his loyalty to America by joining our Armed Services. He is a true patriot who would lay down his life for our country.

Do you understand the trouble Adam is in? Are you able to help him? He is the last person on earth any of us should consider a threat to democracy. He is a family man, a man of God, and has pledge to our honor our flag and nation through the Armed Forces.

I met Adam through church. I was invited to his house for a gathering on the 4th of July where multiple pastors and members of the church came for a cookout, fellowship, a Word from the Bible, and then we all took a hike together near his house. He was hospitable, friendly, encouraging, and easy to get along with.

Your honor, this man needs to be with his family at home, and his church family. Please help him.

Respectfully yours,

Joseph Kopasek

EXHIBIT 12

**From:**    Jason Moore
**To:**    Sam Moore
**Subject:**    Adam Obest
**Date:**    Tuesday, October 29, 2024 4:43:13 PM

---

Date 10/29/24
Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Adam Obest's Sentencing
Your Honor:

My name is Jason Moore, an assisting Pastor in the Greater Grace Ministry.  Adam has attended our church and Bible college for over 15 years.He has helped in the community to serve the homeless and is working  with a church plant in Frederick MD. I have the privilege of knowing his wife Anastasia and family.

He came to me as a support while he was in the Army as a spiritual supporter and mentor. He is passionate about his Faith,Family and loves his country! He serves others and has compassion on the weak and the needy.

Adam is a servant and in this incident in DC he was riled up in his emotions - this is not his true heart. Adam cares and sacrifices to lift people and to honor his Lord.

I am prayerful that mercy will be extended to him in the consequence of his decisions. We are committed to support and encourage him throughout this process. Having him put in jail would bring severe hardship to his family. I believe Adam has learned his lesson and will act wiser in the future. Thank you for your consideration and mercy that rejoices over judgment  - James 2:13

Respectfully yours,

Jason Moore

--



**EVERGRACE**
Jason Moore
Assistant Pastor
www.evergrace.org

EXHIBIT 13

Date 10/31/2024

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

  *Re: Adam Obest's Sentencing*

Your Honor:

I have known Adam over a course of about twenty years. I was introduced to him when he was in Bible College at the same time as a student from my native Ireland. Adam and this other student were part of a young group of fervent men who were anxious to discover their call and serve in any way they could.

As a military man on overseas deployments, I admired his dedication to his service while also ensuring his family had everything they needed at home.

I am grieved as a Pastor that Adam is facing sentencing but I plan to keep in contact with him if he is confined. I am gravely concerned about his wife and family, I will offer any support I can but there is only so much anyone can do materially.

I was greatly encouraged one time when someone close to me wrote something about him on social media, (many years before current events). He felt he had to confront me about it. We resolved it amicably and I remember thinking that this was Adam acting with immense integrity.

Adam has a strong Faith and that will help him process these challenges but I think he has learned many things that have worked together for good from these last few years adjustments.

I would strongly appeal for leniency for this husband and Father who really needs to be with his family,

Respectfully yours,

Aedan T.O'Connell, Pastor, Grace Church DC

EXHIBIT 14

October 20, 2024

Honorable Judge Amit P Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

*Re: Adam Obest's Sentencing*

Your Honor

First, let me say that I have been a friend of Adam's going on for almost twenty five years now.  I met him as a passionate and kind neighbor when my wife and I moved next door to his family here in Williamstown NJ.  He started to work with me doing property maintenance and became one of my best and closest friends.  He never missed a day's work and many times worked harder than I did, and I was the owner.  I was his best man at his wedding and continue to share a close and inseparable bond to this day.  His love and compassion he wears on his sleeve and Has become quite the admirable man and someone whom I look up to.  I genuinely love him like a brother and only want the best for him and his family.  He is the most genuinely honest and sincere person I know.  Persistently, offering uplifting advice and encouraging word on a daily basis.  In short, I simply love him.

I understand he came into some issues with the law and is now about to be sentenced for his guilty charges.  I humbly ask that you take the most prudent and beneficial yet just sentence possible.  He is responsible for providing for his wife and many children who all love and care for him very much.  Please consider doing what's best for Adam at this time.

In conclusion, I'd like to share a short story that encompasses Adam's character as a whole and describes, who he is at the core for his whole life.

There was a gentleman in our town who would walk up and down the highway with a shopping cart and many of his belongings, which most of the town knew he was mentally unstable and very different from the average resident.  His name is Michael, And I only know his name because Adam befriended him, look looked after him, and checked in on him at his the motel that he would stay in regularly.  Adam would offer him some financial assistance, and make sure he would get what he needed.  But more importantly, Adam gave Michael love and friendship, praying with him and encouraging him, which is what he desperately needed in this cold and lonely world.  All of this was done without anybody seeing and no personal benefit to Adam himself, because that's who he is at the core.

Adam has been growing in experience and wisdom for a long time, sometimes the hard way.  My wish is that he is kept in his community. Continuing to serve his fellow man in the manner that he always has. Thanks for listening.

Adam's Friend,

Daniel Steinke

EXHIBIT 15

Date 11-6-24

Honorable Judge Amit P. Mehta

United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Your Honor:

My name is Matthew Paul Johnson and Mr. Obest is my closest friend in my life. We became friends back in 2004 at our local church Greater Grace world outreach as members. We connected with understanding the word of God and his love for us as well as both our military services. Mr. Obest being in the Army and myself being in the Marine Corps. Over time we just had a lot of similarities in life with how we viewed the bible, working out, being married, and just laughing and enjoying life, as well as to serve the community and give back to those in need. Words cannot express the kind of love Mr. Obest has shown me throughout the years and has become my true brother in my life. You see Adam is seven years older than me and that's how old my oldest brother is to me, but my relationship in my younger years was strained with my oldest brother due to him being a heavy alcoholic. So, with such avoidance in my heart looking for acceptance and a big brother to look up to, I just didn't have it growing up much in my childhood or in my adult life. Mr. Obest became that older brother who is closer than my real brother, he had guided me through so many hardships in my life whether it was with my marriage, how I dealt with conflicts in my personal life, teaching me how to not react and pray and ask the Lord to help and guide me thru any endeavor, as well helping me with career path. When I say our friendship and brothership cannot be broken I mean because we have been through so much together and have a shoulder to lean on no matter the situations.

Your honor, I just wanna let you know that Mr. Obest has taught me what being a father and husband is with how he conducts himself as a husband and such an amazing father to his kids. You see when he got remarried to his second wife Mrs. Anastasiia, he took in her young boy who was only four at the time and made him feel like he was his own son. Mr. Obest took over the responsibilities of fatherhood as the father neglected him and his mother. I have done many volunteer events with Mr. Obest over the past nineteen years including feeding the homeless with a ministry that I have been a part of for over twenty-two years myself, we have also helped many women in the church move their homes when asked upon. As well as outreach to go out and preach to the public about Jesus Christ.

Another event that we did for years together has been going to a men's discipleship meeting that we have gone to on a weekly basis. Now Mr. Obest runs his own meeting up in Frederick, MD on a monthly basis, helping other young men in the faith and teaching them to grasp what the word of God and a relationship with the Lord Jesus Christ really means. Not once in our friendship Adam led me down the wrong path or astray from remembering who I am as a Christian, even when I would fail in my own personal life and drift away. Adam was always

there to hold me accountable to the word of God and both our convictions to reel me back into the presence of the Lord.

Now I know that Adam is looking at some serious charges against him and looks to see possible jail time and I know this is no joking matter whatsoever. Just knowing what kind of character Mr. Obest is how he provides and protects his family and wife as well as being the spiritual leader of his home. I would urge you to see that jail time would not help the community as well as his family life and his wife. As for myself I would help with his family with anything they needed if God forbid Mr. Obest would be confined. I was there for his family when his ex-wife put him in trouble in the past and gave comfort and support to his family at that time in his life.

Lastly, I would like to say that while Adam has been at home confinement he has shown great restraint with his emotions and appreciates that he is still able to provide and also have his children in his life who still adore him during this hard time in the family. Now I know that on January 6th, the nation and its people were very emotional and there was a lot of passion in Adam's heart. But I see a veteran and family man wanting to stand for truth and democracy with such passion, I know that Mr. Obest has found healthier ways to express these emotions and just wants to be a continuous loving husband, father, as well as friends to the people in his life such as myself. As for me I will be his reasoning and man of consul as he was for me all the years in my life when I needed such a close friend.

Thank you for your time to hear me out your Honor.

Respectfully,

Matthew Johnson
DJ Johnson Entertainment
djjohnsonentertainment101@gmail.com
443-400-1984

# EXHIBIT 16

18 November 2024

Honorable Judge Amit Mehta
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Mr. Adam Obest sentencing

Your Honor:

This has been an extremely difficult letter to write. I have struggled with it for weeks because I feel my prose is inadequate to convey the significance of representing Adam in a manner that will give you sufficient insight into the quality of this man and the benefits Adam contributes to many communities. I met Adam almost a dozen years ago on his first day at the Centers for Medicare and Medicaid Services while I was our Learning and Diffusion Group senior advisor and deputy director. In that time frame, I have frequently mentored Adam on family, career and spiritual matters. Though we are a generation apart, he has become a trusted friend.

I have also labored with this letter because I understand the gravity of the charges and the possible outcomes yet to be determined. I have no experience writing to a judge on any matter much less one that might influence sentencing of a valued colleague and fellow veteran. Moreover, it requires writing to a judge with whom I have no experience in how to effectively communicate.

Within this context, I asked Adam for your name so that I could research your biography. In that process, Adam also shared his perceptions about the fairness of your rulings and the respect you have shown him and his wife throughout the proceedings. Adam's perceptions and your biography humanize you and certainly make you relatable. It has helped me overcome my writer's block and share Adam's sincere character and positive qualities.

I am confident others have shared that Adam is a dedicated family man, a committed husband, a conscientious coworker, a ready and willing servant and a charitable, giving individual. While I might not be able to add much more qualitatively than others have already highlighted and detailed, I might have a unique way of presenting Adam in a manner that provides another level of understanding that requires understanding and appreciating my background first.

Each one of us is much more than a single moment. Rather, we are a summary of many moments and many people who have influenced who we are and shaped who we have become. I am no exception.

- As a teenager in Sacramento, CA, I would awaken at 4 a.m. to fold and deliver over 140 newspapers by bicycle and report to class at 7:20 a.m.
- I was a juvenile delinquent and a high school honor roll member.
- I owe a tremendous debt to my California Juvenile Work Project supervisor, Mr. Frank Ashby, who recognized something in me and took his job seriously enough to invest time and effort in me while I labored in the ho.
- At the age of 15, I was put out of my family of nine kids and my Sacramento, California home.
- As a teenager, I spent time in Los Angeles and El Paso, before boarding a bus to Ocala, Florida to live with my maternal grandmother in very rural Citrus County, Florida.
- I cut my hair and joined Air Force Junior Reserve Officer Training Corps where I benefited from the tutelage of Major Eugene Hood and Major Arlyn Sukut.
- I graduated seventh in a high school class of 250.
- Thanks to Major Arlyn Sukut who mentored me in school, life and completing my scholarship application, I earned a United States Air Force (USAF) 4-year scholarship to attend college.
- So that I could retain my USAF 4-year, I chose to attend The Citadel, the Military College of South Carolina as a chemistry major versus the tempting University of Florida college lifestyle.
- At The Citadel, I learned the importance of the Cadet Honor Code to "…not lie, cheat or steal nor tolerate those who do" that I continue to live by today.
- I earned a top-secret clearance serving as an intercontinental ballistic missile (ICBM) crew deputy and later crew commander.
- I was on duty in my underground Titan II ICBM complex the night that a Soviet fighter jet was ordered to shoot down the civilian Korean Airlines flight 007. I saw and experienced things during that alert in my launch control center that still affect me, but I did my duty to my nation that day.
- I am an enrolled member of the Red Cliff Band of Lake Superior Chippewa.
- Due to assimilation policies at the time, my paternal grandfather was sent to Carlisle Indian Industrial School in 1912 to become a printer to learn a trade though he desired to be a farmer.
- At 17 years of age, my half German maternal grandfather lied about his age in 1917 to join the United States Marine Corps to fight in World War I and remain there in the army of occupation.

- My father left the Wisonsin family farm and reservation to work in the defense industry and eventually attend aviation cadets training to fly B-26 Marauder bombers in World War II's North Africa, Sicily, Italy and Southern France campaigns.
- Of the eleven half-siblings and stepsiblings in my family, I am the only one to serve in the United States military.
- In addition to my ICBM crew member and instructor time, I served five years at the National Security Agency in Fort George G. Meade, Maryland where I earned clearances above top secret.
- Because I married a nurse who I met at church and shared a deep faith, I separated from the active-duty USAF with over eleven years' service to attend the Doctor of Pharmacy program at University of Maryland while remaining in the Air Force Reserve to recruit Air Force Academy and Air Force scholarship candidates.
- Upon graduation, my wife and I chose to move our three toddlers to accept a position at two-thirds the pay to join the United States Public Health Service (USPHS) for an Indian Health Service  pharmacist assignment at the Fort Peck Assiniboine and Sioux reservation in isolated Wolf Point, Montana.
- I was later selected to become the chief pharmacist at the Federal Bureau of Prisons Administrative Maximum Facility "Super Max" in Florence, Colorado.   I was elected by my Federal Law Enforcement Training Center peers as class president and graduated first in my class.
- As a lieutenant with under three years in USPHS, I was awarded the national USPHS Alan J. Brands Clinical Pharmacist of the Year Award and then selected as the Indian Health Service Headquarters (IHS) Office of Clinical and Preventive Services deputy director, an admiral billet.
- I served ten years at IHS headquarters with distinction and developed many subordinates two of whom later became USPHS admirals.
- I retired from the USPHS in 2014 after 33+ years in uniform to accept a position as the University of Maryland Eastern Shore School of Pharmacy and Health Professions (UMES SPHP) associate dean and associate professor.
- Three of our four children have served or are currently serving in the United States Army.  One son works with a maturing oncology "big data" start-up company to provide clinical decision support to clinicians to obtain better and more rationale outcomes for their patients.
- In 2021, I left UMES SPHP to accept a United States Agency for International Development (USAID) Bureau of Humanitarian Assistance to respond to foreign disasters, crises and conflicts.  As a USAID worldwide assignment, my position allows my wife and I to have my wheelchair dependent 92-year-old mother live

with us. Nearly fifty years after being put out of my home as a teenager, it is by God's grace and subsequent healing that Celeste and I are able and willing to care for Mom.

These represent summative influences in my life and development. I share these trials, tests and triumphs with you Judge Mehta not to impress you with my achievements. I share them because I understand the power of redemption and the legacy of service. Mr. Frank Ashby, Major Arlyn Sukut and Colonel Floyd Brown among others made my life possible due to the potential they recognized in me and the courageous faith they placed in me. Along with my grandmother who took me in as a teenager, it was due to their trust and personal investment that I resolved to never let them regret that they believed in me, my worth or my development. By direct extension, my children, my patients, my coworkers, my students and those I help worldwide through USAID are beneficiaries of their past faith, trust and legacy of service.

Adam is similarly motivated and appreciative of those who love and invest in him and his development. It is my firm and deep belief that Adam is similarly wired and motivated as I am. I know that Adam has reflected on the actions that has brought him to this point. The crucible of this experience has refined him and matured him. Allow him to prove that he is a man eager to serve his community, raise his six children, serve his community and demonstrate that he is worthy of the faith and trust you place in him. I assure you as one who has been there, Adam will not allow himself to disappoint you or abrogate the trust you place in him.

Respectfully submitted,

*James C. Bresette*

CAPT (ret.) James L. Bresette, Pharm.D.